UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 1

| ILDICO INC. |
| --- |
| **Plaintiff,** |
| v. |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**

Court No. 18-00076

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port of Entry: | Los Angeles International Airport, CA | Date Protest Filed: | July 19, 2017 |
| --- | --- | --- | --- |
| Protest Number: | 2720-17-101680 | Date Protest Denied: | December 19, 2017 |
| Importer: | Ildico Inc. | | |
| Category of Merchandise: | Watches | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| EVJ-0167772-6 | 02-12-16 | 12-23-16 | EVJ-0168407-8 | 02-28-16 | 1-13-17 |
| EVJ-0167928-4 | 02-17-16 | 12-30-16 | | | |
| EVJ-0168405-2 | 02-28-16 | 1-13-17 | | | |
| EVJ-0168406-0 | 02-28-16 | 1-13-17 | | | |

Port Director,
U.S. CUSTOMS AND BORDER PROTECTION
11099 SOUTH LA CIENEGA BLVD.
LOS ANGELES, CA 90045

Address of Customs Port in
Which Protest was Denied

STEIN SHOSTAK SHOSTAK POLLACK & O'HARA, LLP
865 S. FIGUEROA ST., STE. 1388
LOS ANGELES, CA 900174
TEL: (213) 630-8888

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Watch Style Nos.: RM010 (MON-00078) RM07-01 (MON-00101) RM07-01 (MON-00176) RM67-01 (MON-00529) RM67-01 (MON-00547) RM07-01 (MON-00177) RM011 (MON-00007) RM07-01 (MON-00053) | 9102.21.7010 (movement) 9102.21.7020 (case) 9102.21.7030 (strap) | $1.53 each 4.2% ad valorem 9.8% ad valorem | 9101.21.5010 (movement) 9101.21.5020 (case) 9101.21.1000 (strap) | Free of duty Free of duty 3.1% ad valorem |

### Other
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Per Customs instructions, Ildico classified its watches under Subh. 9102.21.70, HTSUS, as wrist watches other than those of heading 9101. Ildico challenges this classification, the corresponding duty rates Customs assessed and the duty collected by Customs. The watches (movement and case) are properly classified under Subh. 9101.21.50, HTSUS, and 9101.21.10, HTSUS, (strap), as wrist watches with case of precious metal.

The issue which was common to all such denied protests:
Whether the subject watches are properly classified under Heading 9102 or 9101.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Elon A. Pollack
*Signature of Plaintiff's Attorney*

April 10, 2018
*Date*