DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

Port 7270
Date May 25, 2018

Clerk of the Court
U.S. Court of International Trade
1 Federal Plaza
New York, NY 10007

Re: U.S. Court of International Trade (Summons)
No. 18-00076

In compliance with Section 2635 of Title 28, United States Code, there are transmitted herewith a copy of the Protest(s) and Denial of Protest(s) required in connection with the above summons. There are also transmitted all the additional items required by that section, which have been found to exist for the above civil action, subject to the exceptions noted below. Any of the required items which are not herewith submitted or noted below do not exist for this civil action.

| PROTEST NUMBER | ENTRY NUMBER | EXPLANATION |
|---|---|---|
| No Discrepancies | | ✗ |

If you have any questions or need additional info contact Kathy Bell at 310 695-1405

cc: Assistant Chief Counsel

Cheryl Davies
Acting PORT DIRECTOR

SUMMONS DOCUMENTATION TRANSMITTAL

CBP Form 322 (11/06)