THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: UNASSIGNED

| | |
|---|---|
| ILDICO INC., | COURT NO. 18-00076 |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | CASE MANAGEMENT CALENDAR |
| Defendant. | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion for an Extension of Time to Remain on the Customs Case Management Calendar for six (6) months, up to and including September 30, 2020 and noting Defendant's consent thereto, and good cause having been shown, it is hereby

**ORDERED** that Plaintiff's Consent Motion be, and hereby is, granted; and it is further

**ORDERED** that this action may remain on the Court's Customs Case Management Calendar up to, and including, September 30, 2020.

_____
Judge

Dated: _____, 2020
New York, NY

Pursuant to Rule 82(b)(1) the above motion is Granted.
Date: 3/20/2020

Clerk of the Court
BY: /s/
Deputy Clerk

-1-