UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

| | |
|---|---|
| AERO RUBBER COMPANY, INC, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br> ) <br> Defendant ) <br> ) | COURT NO. 19-00076 |

## **STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise identified by style numbers and covered by the entries set forth on Schedule A, attached, consists of printed Silicone Bands.

3. The imported merchandise was classified by U.S. Customs and Border Protection under subheading 3926.90.99 of the Harmonized Tariff Schedule of the United States ("HTSUS"), which provides for: "Other articles of plastics and articles of other materials of headings 3901 to 3914: Other: Other," dutiable at 5.3% *ad valorem.*

4. The stipulable imported merchandise is classifiable under:

   a. Subheading 7117.90.75, HTSUS, free of duty, if consisting of Silicone Bands,

suitable for wear on the hands or wrists, or

b. Subheading 4911.99.80, HTSUS, free of duty, if consisting of Printed Silicone Bands, with the printing being communicative in nature.

The parties identify on Schedule A which of these two subheadings (Subheading 7117.90.75 or Subheading 4911.99.80) applies to each particular style of the stipulable imported merchandise.

5. The claims for the entry and style numbers marked with an asterisk on Schedule A are abandoned. This includes all claims for entry numbers 799-8289634-7, 799-8331192-4, 799-8415776-3, 799-8497329-2, and 799-8559042-6.

6. The imported merchandise, covered by the entries set forth on Schedule A, is stipulable in accordance with this agreement.

7. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

8. All other claims and non-stipulable entries (which bear an asterisk on the attached Schedule A) are abandoned.

9. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: _____
William D. Outman, II
Law Offices of William D. Outman, II
5320 Dorset Avenue
Chevy Chase, Maryland 20815
202-253-1642

Stipulated Judgment On Agreed Statement Of Facts, Court No. 19-00076, (continued)

                        JEFFREY BOSSERT CLARK
                        Acting Assistant Attorney General

                        JEANNE E. DAVIDSON
                        Director

By: _____
     JUSTIN R. MILLER
     Attorney-in-Charge
     International Trade Field Office

By: _____
     EDWARD F. KENNY
     Senior Trial Counsel
     Department of Justice, Civil Division
     Commercial Litigation Branch
     26 Federal Plaza, Room 346
     New York, New York 10278

Dated: December _, 2020
     Attorneys for Defendant
     (212) 264-0480 or 9230

Stipulated Judgment On Agreed Statement Of Facts, Court No. 19-00076, (continued)

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Judge

Date: _____

## SCHEDULE A TO STIPULATED JUDGMENT

Port of entry: Port of Memphis, TN

| Court # | Protest # | Entry # | Description of Merchandise | HTSUS |
|---|---|---|---|---|
| 19-00076 | 2095-18-101486 | 799-8289634-7 | R5894-A | 7117.90.75* |
| | | | R5894-B | 7117.90.75* |
| | | | R5894-C | 7117.90.75* |
| | | | R5894-D | 7117.90.75* |
| | | | R5945 | 3926.90.99* |
| | | 799-8331192-4 | R5894-E | 4911.99.80* |
| | | | R5894-F | 4911.99.80* |
| | | | R5894-G | 4911.99.80* |
| | | | R5894-H | 4911.99.80* |
| | | | R5894-I | 4911.99.80* |
| | | 799-8415776-3 | R6005 | 4911.99.80* |
| | | | R5985 | 4911.99.80* |
| | | | R5992 | 4911.99.80* |
| | | | R5944 | 4911.99.80* |
| | | | R5918 | 3926.90.99* |
| | | | R5957 | 3926.90.99* |
| | | | R5964 | 3926.90.99* |
| | | | R5990 | 3926.90.99* |
| | | | R6024 | 3926.90.99* |
| | | | R5989 | 7117.90.75* |
| | | 799-8497329-2 | R6132-A | 4911.99.80* |
| | | | R6132-B | 4911.99.80* |
| | | 799-8559042-6 | R5987 | 3926.90.99* |
| | | | R4346 | 3926.90.99* |
| | | | R5972 | 3926.90.99* |
| | | | R5868 | 4911.99.80* |
| | | | R6096 | 7117.90.75* |
| | | | R6164 | 7117.90.75* |
| | | 799-8695070-2 | R6238 | 4911.99.80 |
| | | | R6296 | 4911.99.80 |
| | | | R6264 | 4911.99.80 |
| | | | R6306 | 4911.99.80 |
| | | | R6321 | 3926.90.99* |
| | | | R6298-A | 4911.99.80 |
| | | | R6305 | 4911.99.80 |
| | | | R6329 | 4911.99.80 |
| | | | R6322 | 4911.99.80 |
| | | | R6357 | 7117.90.75 |
| | | | R6298-B | 7117.90.75 |
| | * All claims are abandoned | | R6341 | 7117.90.75 |

| Court # | Protest # | Entry # | Description of Merchandise | HTSUS |
|---|---|---|---|---|
| | | 799-8809148-9 | R6380 | 4911.99.80 |
| | | | R6403 | 4911.99.80 |
| | | | R6449 | 4911.99.80 |
| | | | R6275 | 4911.99.80 |
| | | | R6382 | 3926.90.99* |
| | | | R6469 | 4911.99.80 |
| | | | R6394 | 7117.90.75 |
| | | | R6406 | 7117.90.75 |
| | | | R6374 | 7117.90.75 |
| | | | R6396 | 7117.90.75 |
| | | 799-8912808-2 | R6402-A | 4911.99.80 |
| | | | R6402-B | 7117.90.75 |
| | | | R6477 | 7117.90.75 |
| | | | R6499 | 7117.90.75 |
| | | | R6458 | 7117.90.75 |
| | | | R6541 | 7117.90.75 |
| | | 799-8998190-2 | R6533 | 4911.99.80 |
| | | | R6455A | 3926.90.99* |
| | | | R6539 | 3926.90.99* |
| | | | R6522 | 4911.99.80 |
| | | | R6455B | 7117.90.75 |
| | | 799-9030867-3 | R6597 | 4911.99.80 |
| | | | R6252 | 4911.99.80 |
| | | | R6600 | 4911.99.80 |
| | | 799-9306178-2 | R5895A | 7117.90.75 |
| | | | R5895B | 7117.90.75 |
| | | | R5895C | 7117.90.75 |
| | | | R5895D | 7117.90.75 |
| | | 799-9504358-0 | R6815 | 3926.90.99* |
| | | | R7142 | 3926.90.99* |
| | | | R6869 | 3926.90.99* |
| | | | R7027 | 3926.90.99* |
| | | | R6897 | 3926.90.99* |
| | | | R6692 | 3926.90.99* |
| | | | R6632A | 4911.99.80 |
| | | | R6632B | 4911.99.80 |
| | | | R6747 | 4911.99.80 |
| | | | R6749 | 7117.90.75 |
| | | 799-9599762-9 | R6935 | 4911.99.80 |
| | | | R6963 | 4911.99.80 |
| | | | R7035 | 3926.90.99* |
| | | | R6728 | 4911.99.80 |
| | | | R6915 | 7117.90.75 |
| | * All claims are abandoned | | R6879 | 7117.90.75 |

| Court # | Protest # | Entry # | Description of Merchandise | HTSUS |
|---|---|---|---|---|
| | | 799-9779210-1 R7259 | | 4911.99.80 |
| | | R7036-A | | 4911.99.80 |
| | | R7003 | | 3926.90.99* |
| | | R7312 | | 3926.90.99* |
| | | R7189 | | 3926.90.99* |
| | | R7122 | | 3926.90.99* |
| | | R7070-A | | 3926.90.99* |
| | | R7070-B | | 3926.90.99* |
| | | R7036-B | | 4911.99.80 |
| | | R7211 | | 7117.90.75 |
| | | 799-9892376-2 R7397 | | 4911.99.80 |
| | | R7316 | | 4911.99.80 |
| | | R7342 | | 3926.90.99* |
| | | R7264 | | 4911.99.80 |
| | | R7308 | | 4911.99.80 |
| | | 799-0074536-2 R7214-A | | 4911.99.80 |
| | | R7214-B | | 4911.99.80 |
| | | R7214-C | | 4911.99.80 |
| | | R7214-D | | 4911.99.80 |
| | | R7418-B | | 3926.90.99* |
| | | R7463 | | 3926.90.99* |
| | | R7500 | | 3926.90.99* |
| | | R7333 | | 4911.99.80 |
| | | R7418-A | | 7117.90.75 |
| | | 799-0172431-7 R7414 | | 4911.99.80 |
| | | R7451 | | 4911.99.80 |
| | | R7571 | | 4911.99.80 |
| | | R7598 | | 4911.99.80 |
| | | R7579 | | 3926.90.99* |
| | | R6282 | | 3926.90.99* |
| | | R7527 | | 3926.90.99* |
| | | R7569 | | 3926.90.99* |
| | | R7391 | | 7117.90.75 |
| | | R7540 | | 7117.90.75 |
| | | R7457 | | 7117.90.75 |
| | | 799-0227988-1 R7561 | | 4911.99.80 |
| | | R7672 | | 4911.99.80 |
| | | R7593 | | 4911.99.80 |
| | | R7459 | | 4911.99.80 |
| | | R7674 | | 3926.90.99* |
| | | R7479 | | 4911.99.80 |
| | | R7536 | | 4911.99.80 |
| | | R7460 | | 4911.99.80 |
| | | R7628 | | 7117.90.75 |
| | | 799-0270534-9 R7663-B | | 4911.99.80 |
| | | R7663-A | | 4911.99.80 |
| | | R7543 | | 4911.99.80 |
| | | R7694-A | | 3926.90.99* |
| | * All claims are abandoned | R7694-B | | 3926.90.99* |

| Court # | Protest # | Entry # | Description of Merchandise | HTSUS |
|---|---|---|---|---|
| | | 799-0352790-8 R7623 | | 4911.99.80 |
| | | R7705 | | 3926.90.99* |
| | | R7805 | | 3926.90.99* |
| | | R7632 | | 4911.99.80 |
| | | R7615 | | 4911.99.80 |
| | | R7619 | | 4911.99.80 |
| | | R7800 | | 7117.90.75 |
| | | R7651 | | 7117.90.75 |
| | | R7709 | | 7117.90.75 |
| | | 799-0469285-9 R7737 | | 4911.99.80 |
| | | R7910 | | 4911.99.80 |
| | | R7922 | | 3926.90.99* |
| | | R7907 | | 3926.90.99* |
| | | R7843 | | 3926.90.99* |
| | | R7682 | | 3926.90.99* |
| | | R7886 | | 4911.99.80 |
| | | 799-0655473-5 R8002 | | 4911.99.80 |
| | | R8015 | | 4911.99.80 |
| | | R8068 | | 3926.90.99* |
| | | R7972 | | 3926.90.99* |
| | | R8085 | | 3926.90.99* |
| | | R8075 | | 3926.90.99* |
| | | R7905 | | 3926.90.99* |
| | | R6282 | | 3926.90.99* |
| | | R8040 | | 3926.90.99* |
| | | R7948 | | 4911.99.80 |
| | | R7946 | | 7117.90.75 |
| | | R7866 | | 7117.90.75 |
| | | R7893 | | 7117.90.75 |
| | | 799-0678826-7 R8076 | | 4911.99.80 |
| | | 799-0894860-4 R8074 | | 4911.99.80 |
| | | R8255 | | 4911.99.80 |
| | | R8014 | | 4911.99.80 |
| | * All claims are abandoned | R8243 | | 7117.90.75 |