**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | |
|---|---|
| ILDICO INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 18-00076 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion for an Extension of Time to Remain on the Customs Case Management Calendar for six (6) months, up to and including Friday, October 28, 2022, and noting Defendant's consent thereto, and good cause having been shown, it is hereby

**ORDERED** that Plaintiff's Consent Motion is granted; and it is further

**ORDERED** that this action remain on the Court's Customs Case Management Calendar up to, and including, October 28, 2022.

_____
Judge

Dated: _____
      New York, NY

**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | |
|---|---|
| ILDICO INC., | |
| Plaintiff, | Court No. 18-00076 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## CONSENT MOTION FOR EXTENSION OF TIME TO REMAIN ON CUSTOMS CASE MANAGEMENT CALENDAR

Pursuant to USCIT Rules 6, 7 and 83, Plaintiff Ildico, Inc. hereby moves this court for an order to extend the time to remain on the Customs Case Management Calendar (CCMC) for six (6) months, up to and including, Friday, October 28, 2022. This is Plaintiff's fourth extension request.

On April 10, 2018, Plaintiff filed its summons. On September 24, 2021, Plaintiff filed its third motion to remain on the CCMC until April 29, 2022. Under USCIT Rule 83(d), Plaintiff must file a complaint by the four-year deadline which is April 30, 2022. However, under the circumstances, Plaintiff requests that the action remain on the CCMC for six more months.

Court No. 18-00076

For some time, Covid-19 significantly impacted Plaintiff's operations and impeded Plaintiff's ability to obtain supporting documentation and information from its supplier and other resources. As Covid-19 restrictions began to ease in the United States and in Europe, Plaintiff obtained the additional information it needed to evaluate and decide how to proceed with its case. On March 25, 2022, Plaintiff submitted a draft stipulated judgment and proposed settlement agreement to the Government. The proposal is now with Customs and Border Protection for review and decision.

Additional time is needed to allow the Government and Customs to review the proposal and determine whether this case can settle through stipulated judgment in lieu of litigation. It may take more time for Customs to review the proposal because personnel are limited and working remotely due to Covid-19.

On March 26, 2022, Government's counsel, Peter Mancuso, consented to an extension of time to remain on the CCMC for six months.

/ /

/ /

/ /

/ /

/ /

/ /

Court No. 18-00076

Based on the foregoing, there is good cause shown to grant Plaintiff's motion for extension to remain on the CCMC.

WHEREFORE, Plaintiff requests that its motion be granted.

Dated: April 6, 2022

                                        Respectfully submitted,
                                        STEIN SHOSTAK SHOSTAK POLLACK & O'HARA
                                        Attorneys for Plaintiff
                                        865 S. Figueroa Street, Suite 1388
                                        Los Angeles, CA  90017
                                        Tel: (213) 630-8888

                                   By:  /s/ Mandy E. Kirschner
                                        Mandy E. Kirschner