**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | |
|---|---|
| ILDICO INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | Court No. 18-00076 |

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion for an Extension of Time to Remain on the Customs Case Management Calendar for six (6) months, up to and including Friday, October 28, 2022, and noting Defendant's consent thereto, and good cause having been shown, it is hereby

**ORDERED** that Plaintiff's Consent Motion is granted; and it is further

**ORDERED** that this action remain on the Court's Customs Case Management Calendar up to, and including, October 28, 2022.

_____
Judge

Dated: _____
　　　New York, NY

> Pursuant to Rule 82(b)(1) the above motion is Granted.
> Date: 4/7/2022
> Clerk of the Court
> BY: /s/
> Deputy Clerk

-1-