**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | |
|---|---|
| ILDICO INC. | |
| Plaintiff, | |
| v. | COURT NO.: 18-00076 |
| THE UNITED STATES, | |
| Defendant. | |

## COMPLAINT

Plaintiff, Ildico, Inc., by and through its attorneys of record, alleges as follows:

### PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of California, with its principal place of business in Beverly Hills, California.

2. Defendant, United States, through United States Customs and Border Protection ("Customs"), is responsible to classify merchandise imported into the United States under the Harmonized Tariff Schedule of the United States ("HTSUS") and to collect duties.

### JURISDICTION

3. Plaintiff is the importer of record and the real party in interest for these entries of watches.

4. Pursuant to 19 U.S.C. §1514(a)(2), Plaintiff timely filed a protest to challenge Customs' decision, at liquidation, to assess duties under Heading 9102, HTSUS (2016), entitled "Wrist watches . . . other than those of heading 9101. . ."

5. Customs denied the protest on December 19, 2017.

6. Plaintiff has standing to bring this action because it is the party that filed the protest, and, on April 10, 2018, it timely filed its summons in this action to challenge Customs' decision to deny the protest. *See* 28 U.S.C. § 2631(a) and 28 U.S.C. § 2636(a)(1).

7. Based on the timely filed protest, which Customs denied, and the timely filed summons, the court has jurisdiction of this action under 28 U.S.C. § 1581(a), as amended.

## FACTUAL BACKGROUND

8. This action involves the classification of Richard Mille brand watches Plaintiff imported under Entry No. EVJ-0167772-6 (dated February 12, 2016), at the Los Angeles, CA airport, as well as four other entries of watches included in Protest No. 2720-17-101680 which are covered by the summons.

9. The merchandise consists of watches manufactured in Switzerland.

10. The imported watches each have a front synthetic sapphire crystal, an 18 karat (kt) gold bezel, an 18kt gold case with a synthetic sapphire affixed to the back of the case and a strap of textile material or base metal.

11. Customs liquidated the watches as: "Wrist watches . . . other than those of heading 9101: Other wrist watches . . . With automatic winding: Having over 17 jewels in the movement: With strap, band or bracelet of textile material or of base metal, whether or not gold- or silver-plated" under Subh. 9102.21.70, HTSUS (2016), (with the individual components separately reported according to their respective statistical suffixes), at the rate of 4.2% *ad valorem* for the watch case, 9.8% *ad valorem* for the strap, band or bracelet and $1.53 each for the watch movement.

12. Plaintiff claims that the watches (movement and case) are properly classified as: "Wrist watches . . . with case of precious metal or of metal clad with precious metal: Other

2

wrist watches . . . With automatic winding: Having over 17 jewels in the movement: Other"
under Subh. 9101.21.50, HTSUS (2016), duty-free. The watch straps, bands or bracelets are
classified as: "Of textile material or of base metal, whether or not gold- or silver-plated" under
Subh. 9101.21.10, HTSUS (2016), at the rate of 3.1% *ad valorem*.

### CLAIM 1

13. Plaintiff re-alleges paragraphs 1- 12 as though fully set forth herein.

14. Pursuant to General Rule of Interpretation 1 ("GRI 1"), HTSUS, and Legal Note 2,
Chapter 91, HTSUS, the watches are classified under Heading 9101 because the watch cases
are wholly of 18kt gold, a precious metal, combined at the back with synthetic sapphire, a
synthetic precious stone of Heading 7104, HTSUS.

15. Based on Legal Note 2, Chapter 91, Plaintiff's watches are properly classified under
Heading 9101.

### CLAIM 2

16. Plaintiff re-alleges paragraphs 1- 12 as though fully set forth herein.

17. Customs Headquarters Ruling Letter, HQ H285165 (Nov. 14, 2017), issued to
Plaintiff, is inconsistent with other Customs rulings that classify materially similar watches
under Heading 9101.

18. Customs Ruling NY B87974 (Aug. 19, 1997) classified a Montblanc brand watch
with a sapphire combined with the back of the watch case under Heading 9101.

19. In Customs Rulings NY N268252 (Sep 25, 2015) and N296909 (May 31, 2018),
Customs classified under Heading 9101 two different Patek Phillipe brand watches with a
sapphire combined with the back of the watch case.

Court No. 18-00076

20. Plaintiffs' watches are materially constructed like the Montblanc brand watches with like materials.

21. Plaintiff's watches are materially constructed like the Patek Phillipe brand watches with like materials.

22. Plaintiff's watches are properly classified under Heading 9101, HTSUS.

## CLAIM 3

23. Plaintiff re-alleges paragraphs 1-12 as though fully set forth herein.

24. Alternatively, pursuant to GRI 1, HTSUS, Plaintiff's watches are classified under Heading 9101 because the watch cases are wholly of 18kt gold.

25. The synthetic sapphire found on the back of the watch is not part of the watch case but is a second watch crystal.

26. Because the back sapphire crystal is not a part of the watch case, the watches are properly classified under Heading 9101, HTSUS.

//

//

//

//

//

//

//

Court No. 18-00076

## REQUEST FOR RELIEF

27.  Plaintiff requests the Court to enter judgment in favor of the Plaintiff as follows:

(1)  The imported merchandise (watch movement and case) is classified under Subh. 9101.21.50, HTSUS (2016), duty free;

(2)  The imported merchandise (watch straps, bands or bracelets) is classified under Subh. 9101.21.10, HTSUS (2016), at the rate of 3.1% *ad valorem*;

(3)  Defendant is ordered to re-liquidate the subject entries accordingly and issue refunds of the excess duties and fees paid, with interest, as provided by law, and

(4)  Plaintiff is granted an award of its costs, attorneys' fees and other relief that the Court deems equitable and just.

Dated: April 28, 2022          Respectfully submitted,

        /s/ Mandy Kirschner
By:  Mandy Edwards Kirschner, Esq.
     Elon A. Pollack, Esq.
     Stein Shostak Shostak Pollack & O'Hara, LLP
     865 South Figueroa Street, Suite 1388
     Los Angeles, California 90017
     Telephone Number: (213) 630-8888
     Fax Number: (213) 630-8890
     E-Mail: mkirschner@steinshostak.com
             elon@steinshostak.com