**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ILDICO INC., <br><br>     Plaintiff, <br>   v. <br><br> UNITED STATES, <br><br>     Defendant. | Court No. 18-00076 |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above entitled action is assigned to the Honorable Jane A. Restani.

            /s/ Mark A. Barnett
            Mark A. Barnett
            Chief Judge

DATED: May 12, 2022